# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Woodbridge Group of Companies, LLC, | : | Case No.: 17-12560-BLS |
| Debtors. | : | |
| Michael Goldberg, | : | |
| Plaintiff, | : | |
| v. | : | |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia and Jeanne Marie Spezia, | : | Adv. Proc. No.: 19-50806 |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

(1) Counsel (name and party representing):

Counsel for Plaintiffs: Jeffrey Nolan, Esq. of Pachulski Stang Ziehl & Jones
Counsel for Defendant: pro se

(b)  The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity):   None

(c)  The outcome of the mediation conference was:

_____    The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

_____    The matter has been partially resolved and counsel (or parties) have been

2530689v1

        instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

\_\_\_\_\_ The following issues remain for this court to resolve:

\_\_\_\_\_ The matter has not been resolved and should proceed to trial.

__X__ OTHER: The parties were able to completely resolve this with the assistance of the mediator prior to a formal mediation session.

Dated: June 24, 2021                        Mediator

                                                    */s/ Leslie A. Berkoff*
                                                    Leslie A. Berkoff (#4584)
                                                    MORITT HOCK & HAMROFF LLP
                                                    400 Garden City Plaza
                                                    Garden City, NY 11530
                                                    (516) 873-2000

2530689v1